```
 1  ALAN W. WESTBROOK, ESQ.
    Nevada Bar No. 006167
 2  PERRY & WESTBROOK,
 3  A Professional Corporation
    11500 S. Eastern, Suite 140
 4  Henderson, Nevada 89052
    Telephone: (702) 870-2400
 5  Facsimile:  (702) 870-8220
 6  Email: awestbrook@perrywestbrook.com
    Attorney for Defendant Target
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRETCHEN SALOMONSON, Individually<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATON, a foreign corporation, dba TARGET STORE 2568; DOES I through X, inclusive, ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01776-JCM-DJA<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

FURTHER, all remaining Court dates should be vacated.

DATED this 21 day of June, 2022

KEATING LAW GROUP

/s/
John T. Keating, Esq.
Nevada Bar No.: 6373
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 22 day of June, 2022

PERRY & WESTBROOK, P.C.

/s Alan W. Westbrook
Alan W. Westbrook, Esq.
Nevada Bar No.: 6167
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 6/28/2022